THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. DIXON, Appellant. [625 NYS2d 980] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of assault in the second degree following a bench trial. Upon our review of the record, we conclude that the verdict is not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495). Defendant's sentence is not unduly harsh or excessive. (Appeal from Judgment of Erie County Court, D'Amico, J.—Assault, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.